**Order entered January 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01254-CV

### MARTIN L. GRAMAN, Appellant

### V.

### JASON L. GRAMAN, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-51105-2012

## ORDER

On June 16, 2014, Frieda June Graman and Martin L. Graman filed a Joint Notice of Nonsuit whereby Frieda June Graman nonsuited her claims against Martin L. Graman and Martin L. Graman nonsuited his claims against Frieda June Graman. We **ORDER** the Honorable Chris Oldner, Presiding Judge of the 416th Judicial District Court of Collin County, Texas, to sign, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, an order granting the Joint Notice of Nonsuit. *See Greenberg v. Brookshire*, 640 S.W.2d 870, 872 (Tex. 1982) (trial court has no discretion to deny nonsuit and must perform ministerial duty of entering order).

We **ORDER** Andrea Stroh Thompson, Collin County District Clerk, to file, **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the trial court's order granting the Joint Notice of Nonsuit.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Chris Oldner, Andrea Stroh Thompson, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE